UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Steve WOODRUFF,<br><br>           Petitioner,<br><br>    v.<br><br>Kevin CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>           Respondent. | Case Number 3-12-cv-4180-RS<br><br>DEATH-PENALTY CASE<br><br>ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

    Petitioner was convicted and sentenced to death in Riverside Superior Court.  This capital habeas action therefore should be heard in the Central District of California.  N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. Civ. L.R. 83-17.5(a).  Accordingly, this action is hereby transferred to the District Court for the Central District of California.  *See* N.D. Cal. Habeas L.R. 2254-22(c).

*It is so ordered.*

DATED: August 10, 2012

_____
RICHARD SEEBORG
United States District Judge

Case No. 3-12-cv-4180-RS
ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
(DPSAGOK)